1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

Antaeus Laurent Clark,

11

Petitioner,

12

v.

13

Jeffrey A Uttecht,

14

Respondent.

CASE NO. 3:20-cv-05054-RSL-DWC

REPORTAND RECOMMENDATION

NOTED FOR: MARCH 5, 2021

15

16      The District Court has referred this action filed under 28 U.S.C. § 2254 to United States

17  Magistrate Judge David W. Christel. On January 19, 2020, Petitioner Antaeus Laurent Clark

18  initiated this action challenging his state court conviction and sentence. *See* Dkt. 1, 3.

19      On June 24, 2020, in order for the Court to properly consider the statute of limitations as

20  related to the grounds raised in the Amended Petition, the Court ordered the parties to file

21  supplemental briefing. Dkt. 13. On July 28, 2020, Respondent filed his Supplemental Answer. Dkt.

22  16. On July 30, 2020, the Court granted Petitioner a 90-day extension to file his supplement until

23  October 30, 2020. Dkt. 17.

24

REPORT AND RECOMMENDATION - 1

1   Petitioner did not respond to the Court's Order and did not file his supplement. *See* Dkt. On

2   November 12, 2020, the Court ordered Petitioner to show cause why the Petition should not be

3   dismissed without prejudice for failure to prosecute. Dkt. 19. Petitioner was advised if he failed to

4   respond to the Court's Order and file his supplement, the Court would recommend dismissal of this

5   action without prejudice for failure to comply with a Court order. Dkt. 19.

6   On December 4, 2020, Petitioner filed a Response to the Court's Order stating due to

7   current COVID-19 procedures, Petitioner's access to the law library was restricted. Dkt. 20.

8   Petitioner also filed a Motion to Compel for Information (Show Cause) (Dkt. 21) and Motion for

9   Vicarious Exhaustion of State Remedies (Dkt. 22). Petitioner did not file his supplement. *See*

10   Dkt. In an abundance of caution, the Court interpreted Petitioner's Response as a Motion

11   requesting additional time to file his supplement and respond to the Court's Order. Dkt. 24. The

12   Court granted Petitioner another extension to file his supplement and respond to the Court's Order

13   (Dkt. 19). Dkt. 24. Petitioner was again advised if he failed to file his supplement and respond

14   the Court's Order on or before January 22, 2021, the Court would recommend dismissal of this

15   action. Dkt. 24.

16   To date, despite multiple extensions and opportunities, Petitioner has failed to file his

17   supplement and failed to respond to the Court's Orders. As Petitioner has failed to respond to the

18   Court's Orders and prosecute this case, the Court recommends this case be dismissed without

19   prejudice. Based on the foregoing, the Court recommends all other pending motions be denied as

20   moot (Dkt. 9, 21, 22) and a certificate of appealability be denied.

21   Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

22   Procedure, the parties shall have fourteen (14) days from service of this Report to file written

23   objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

24

1   objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

2   limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on March 5,

3   2021, as noted in the caption.

4

5           Dated this 11th day of February, 2021.

6

7

8                                                   David W. Christel

9                                                   United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24